UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **NICOLE ROSEVEAR,** *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br>v.<br><br>**KEENA STAFFING,**<br><br>Defendant. | Case No. 1:24-cv-705-AMN-CFH<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by all parties to this action, by and between the parties, through their undersigned counsel, that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that this action, and each and every count and claim asserted therein, is hereby dismissed with prejudice, with each party to bear its own costs.

Dated: August 15, 2025

        **FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP**

By:   */s/ Todd S. Garber*
       Todd S. Garber
       One North Broadway, Suite 900
       White Plains, New York 10601
       Tel: (914) 298-3281
       tgarber@fbfglaw.com

*Attorney for Plaintiff and the Proposed Class*

**GORDON REES SCULLY MANSUKHANI, LLP**

By:   */s/ John Mills*
       John T. Mills, Esq.
       Joseph Salvo, Esq.
       1 Battery Park Plaza, 28th Floor
       New York, NY 10004

(212) 269-5500 (Phone)  
(212) 269-5505 (Fax)  
jsalvo@grsm.com  
jtmills@grsm.com  

*Attorneys for Defendant Keena Staffing*

**SO ORDERED:** _____  
Hon. Anne M. Nardacci  
U.S. DISTRICT COURT JUDGE